UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SABRINA L. ARMSTRONG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CV106 RLW |
| U.S. BANK HOME MORTGAGE d/b/a US BANK, N.A., | ) ) ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Waive Alternative Dispute Resolution Compliance (ECF No. 32). Plaintiff's counsel states that Plaintiff has refused mediation. However, the Court notes that Plaintiff is under Court Order to participate in Alternative Dispute Resolution ("ADR"), and she may not refuse to abide by such Order. (ECF No. 31) Under the Local Rules of the United States District Court for the Eastern District of Missouri, Plaintiff is required to attend the ADR conference and participate in good faith. E.D. Mo. L.R. 6.02(B)(1). Therefore, the Court will deny Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Waive Alternative Dispute Resolution Compliance (ECF No. 32) is **DENIED.**

**IT IS FURTHER ORDERED** that no later than November 6, 2017, Plaintiff shall file an appropriate motion for extension of the ADR deadline, with proposed dates for filing the designation of neutral, completing ADR, and filing the neutral's ADR

compliance report. Failure to comply with this order may result in sanctions, including dismissal of the Complaint.

Dated this 30th day of October, 2017.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE